UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL G. CLEWIES, II,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br><br>          Defendants. | No.  2:24-cv-01733-DAD-SCR<br><br><u>ORDER TO SHOW CAUSE</u> |

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On June 20, 2025, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP").  ECF Nos. 1 and 2.  On July 15, 2025, this Court screened the complaint per the screening process required by 28 U.S.C. § 1915(e)(2) and found the complaint deficient in that it did not comply with Rule 8 and failed to state a claim.  ECF No. 4.  The Court's order provided Plaintiff 30 days to file an amended complaint that addresses the defects set forth in the order.  ECF No. 4 at 6.  The Order warned that failure to comply may result in a recommendation that the action be dismissed.  *Id.*  More than 30 days have passed, and Plaintiff has not filed an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED:

1. **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file an

amended complaint should not result in a recommendation that this case be dismissed based on the pleading defects set forth in the prior order (ECF No. 4).

2. Plaintiff may respond by filing an amended complaint that complies with the Court's prior order.

3. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

4. Alternatively, if Plaintiff no longer wishes to pursue this action, Plaintiff may file a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

DATED: August 25, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2