UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL G. CLEWIES, II,

Plaintiff,

v.

DEPARTMETN OF CHILD SUPPORT SERVICES, et al.,

Defendants.

No. 2:24-cv-01733-DAD-SCR (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE

(Doc. No. 6)

Plaintiff Darryl G. Clewies, II, filed the complaint initiating this civil action on June 20, 2024, and is proceeding *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 15, 2025, the assigned magistrate judge screened plaintiff's complaint, found its allegations to be legally deficient, and granted plaintiff thirty (30) days to file an amended complaint curing the noted pleading deficiencies. (Doc. No. 4.) When plaintiff failed to file an amended complaint within the time provided, the magistrate judge on August 25, 2025 issued an order requiring plaintiff to show cause in writing within fourteen (14) why this action should not be dismissed due to his failure to prosecute. (Doc. No. 5.) In that order to show cause the magistrate judge warned plaintiff that his failure to show cause would result in the dismissal of

this action. (*Id.* at 2.) The order to show cause was served on plaintiff by mail directed to his address of record. When plaintiff failed to respond to the order show cause in any way, on September 30, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute this action. (Doc. No. 6.)

The pending findings and recommendations were served on plaintiff by mail and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) That time has long since passed with no objections, or any other submission, being filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 30, 2025 (Doc. No. 6) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and abide by court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE